**WATERMAN STEAMSHIP CORPORATION, Petitioner, v. CIVIL AERONAUTICS BOARD, Respondent.**

No. 11765.

Circuit Court of Appeals, Fifth Circuit.

April 13, 1948.

Francis H. Inge, of Mobile Ala., and Joseph M. Paul, Jr., of Washington, D. C., for petitioner.

H. Don Reynolds, Chief Enforcement and Litigation Section, Civil Aeronautics Board, of Washington, D. C., Edw. J. Hickey, Jr., Sp. Asst. to Atty. Gen., and Robert Weinstein, U. S. Atty., of New Orleans, La. for respondent.

R. Emmett Kerrigan, of New Orleans, La., for intervener Chicago & Southern Air Lines, Inc.

Before SIBLEY, HUTCHESON, and LEE, Circuit Judges.

PER CURIAM.

Whereas, in cause No. 11765, between Waterman Steamship Corporation, petitioner, and Civil Aeronautics Board, respondent, and Chicago & Southern Air Lines, Inc., Intervener, a judgment was entered by this Court on February 14, 1947, 159 F.2d 828, denying the motions of the respondent and intervener to dismiss the petition for review; and Whereas, on February 9, 1948, the Supreme Court of the United States, 68 S.Ct. 431, reversed the judgment of this Court and issued its mandate to this Court remanding the cause for proceedings in conformity with the opinion of said Supreme Court: it is now ordered and adjudged by this Court that the petition of the Waterman Steamship Corporation for a review of the order of the Civil Aeronautics Board be, and the same is hereby, dismissed.

**TRANS-PACIFIC CORPORATION, a Corporation, Neubart Stamping & Manufacturing Company, a Corporation, Communications Equipment Corporation, a Corporation, and Columbia Stamping & Manufacturing Corporation, a Corporation, Appellants, v. George T. GOGGIN, Trustee in Bankruptcy, Appellee.**

No. 11734.

Circuit Court of Appeals, Ninth Circuit.

March 25, 1948.

Rehearing Denied April 20, 1948.

Morris Lavine, of Los Angeles, Cal., for appellants.

Frank C. Weller, Thomas S. Tobin, and Russell B. Seymour, all of Los Angeles, Cal., for appellee.

Before MATHEWS, BONE, and ORR, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion (76 F.Supp. 623), the judgments of the District Court are affirmed.